JOSOL GARAGE CORPORATION, Respondent, *v.* MINDOR DEVELOPMENT CORPORATION et al., Defendants, and RAY REED, Appellant.

(Submitted April 29, 1929; decided May 28, 1929.)

*Francis P. Callahan* for appellant.

*Emanuel Sustick* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.